713 A.2d 1049

IN THE MATTER OF LINDA K. ANDERSON,
AN ATTORNEY AT LAW.

July 27, 1998.

## ORDER

The Office of Attorney Ethics having filed a petition with the Supreme Court pursuant to *Rule* 1:20–11 recommending that **LINDA K. ANDERSON** of **NEW BRUNSWICK,** who was admitted to the bar of this State in 1984, be immediately temporarily suspended from the practice of law, and good cause appearing;

It is ORDERED that **LINDA K. ANDERSON** is temporarily suspended from the practice of law, effective immediately, and until further Order of this Court; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **LINDA K. ANDERSON,** pursuant to *Rule* 1:21–6 shall be restrained from disbursement except on application to this Court, for good cause shown, pending the further Order of this Court; and it is further

ORDERED that **LINDA K. ANDERSON** be restrained and enjoined from practicing law during the period of her suspension and that she comply with *Rule* 1:20–20 dealing with suspended attorneys.